PD-0424-15

Mr. Oliver K. Hughes #1929487
"Robertson Unit" (TDCJ)
12071 F.M. 3522
Abilene, Tx. 79601

Mr. Abel Acosta = Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta. Clerk

Re: Court of Appeals Number: 01-14-00173-CR
Trial Court Case Number: 1348998

Dear,
    Mr. Acosta
    First And formost, I want to personally Thank you for the "Court of Criminal Appeals" Granting the Appellant's Motion for "Extension of Time to File A Petition for Discretionary Review". The reason I'm writing this Correspondence Is In view of the (Affirming) of the Appellant's Conviction for the Charge of "Aggravated Robbery" In the (339th District Court of Harris County Texas). I'm currently In the process of formulating the Appellant's "Petition For Discretionary Review". And the problem's the Appellant have Is this.

(1). The Appellant does Not have (Access) to A Computer Main frame, or Copy machine.

(2). The Appellant Is currently In Carcerated In the "Tx. Dept. of Crim. Justice."

(3). The (Inmate Law Library) At Robertson Unit, located In Abilene, Tx. does not make Copy's of legal documents for Inmates.

As A pratical matter, the (Supervising Librarian) one Mr. Robert E. Baker who runs the (Law Library) At "Robertson Unit" CAN confirm this! Out of the "Abundance of Caution", the phone No.# is (325)-548-9035, (TDCJ) "Robertson Unit", Abilene, Tx. 79601. Office Hours are 9:A.M. to 4:30 P.M. The "Synopsis" of my Situation is this, Could you please Confer with your counterpart! one Mr. Christopher A. Prine, the Clerk of Court for the "1st District Court of Appeals" in Houston, Tx. to See if some type of (Resolution) of An Informal Kind can be Reached.

Humbly Submitted
Mr. Oliver R. Hughes

Thank You In Advance